R. Todd Creer
Nevada Bar No. 10016
KZA LAW
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640
Facsimile: (702) 259-8646
tcreer@kzalaw.com

MaryJo L. Roberts (pro hac vice forthcoming)
THE KULLMAN FIRM
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163-1600
Telephone: (504) 596-4195
MLR@KullmanLaw.com

Matthew J. Braquet (pro hac vice forthcoming)
THE KULLMAN FIRM
4605 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4232
MJB@KullmanLaw.com

Attorneys for Defendants Jet Aviation Flight Services, Inc.
And Jet Aviation Holdings USA, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRIS THOMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JET AVIATION FLIGHT SERVICES, INC., a Maryland corporation; JET AVIATION HOLDINGS USA, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-03517-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, the parties, by and through their respective undersigned counsel, stipulate for an extension of time, up to and including December 11, 2026, for each Defendant to answer or otherwise respond to the Complaint (ECF No. 1) filed by Plaintiff Chris

Thomas ("Plaintiff"). This is the first request for an extension of these deadlines. In support of this stipulation, the parties state as follows:

1. Plaintiff filed his Complaint on October 23, 2026, asserting claims for disability discrimination, retaliation, and failure to accommodate under NRS 613.330 and 613.340 and the Americans with Disabilities Act, 42 U.S.C. §§ 12112 and 12203. (ECF No. 1.) Jet Aviation Holdings' current deadline to respond to the Complaint is November 30, 2026, and Jet Aviation Flight Services' current deadline is December 3, 2026.

2. Defendants recently retained the undersigned counsel. On November 23, 2026, counsel for Defendants contacted Plaintiff's counsel, Greenberg Gross LLP, to request Plaintiff's consent to extend both deadlines through December 11, 2026. Plaintiff's counsel advised that Plaintiff does not oppose the requested extension.

3. When an act must be done within a specified time, the court may, for good cause, extend the time if the request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A motion to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline. LR IA 6-1(a).

4. Good cause exists for the requested extension. Undersigned counsel was recently retained and needs additional time to investigate the underlying allegations of the Complaint and confer with Defendants before preparing their responsive pleadings. The upcoming Thanksgiving holiday falls within the current response period and further limits the time available to complete that investigation. An extension through December 11, 2026 will also align both Defendants' response deadlines on a single date, promoting efficiency for the parties and the Court.

5. This request is timely because it is made before either current deadline expires. Fed. R. Civ. P. 6(b)(1)(A). This is the first request to extend either Defendant's deadline to respond to the Complaint, and no previous extensions of these deadlines have been sought or granted. LR IA 6-1(a).

6. Plaintiff does not oppose the extension, and the request is made in good faith and not for purposes of delay. The modest extension will not prejudice any party, and no scheduling order has yet been entered.

7. For these reasons, the parties respectfully request that the Court extend the deadline for Defendants Jet Aviation Holdings USA, Inc. and Jet Aviation Flight Services, Inc. to answer or otherwise respond to Plaintiff's Complaint up to and including December 11, 2026.

DATED: November 25, 2026.

/s/ Michael A. Burnette
Matthew T. Hale #16880
Michael A. Burnette #16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
MHale@GGTrialLaw.com
MBurnette@GGTrialLaw.com

*Attorneys for Plaintiff*

*/s/ R. Todd Creer*
R. Todd Creer #10016
KZA LAW
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
T: 702-259-8640 | F: 702-259-8646
tcreer@kzalaw.com

Matthew J. Braquet (*PHV Forthcoming*)
THE KULLMAN FIRM
4605 Bluebonnet Blvd. Suite A
Baton Rouge, LA 70809
T: 225-906-4232 | F: 225-906-4230
mjb@kullmanlaw.com

MaryJo L. Roberts (*PHV Forthcoming*)
THE KULLMAN FIRM
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
T: 504-524-4145 | F: 504-596-4114
mlr@kullmanlaw.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE

DATED: November 25, 2026